IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05CR50-M |
| | ) | [WO] |
| CALVIN FLOWERS | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the government's Motion To Enter Videotape Into Evidence, filed on 20 June 2005 (Doc. # 9), is GRANTED.

DONE this 21st day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE